Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel:  (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs Fox Factory, Inc.,
and Fox Factory Holding Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FOX FACTORY, INC. and FOX FACTORY HOLDING, CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>CANE CREEK CYCLING COMPONENTS, INC.,<br><br>Defendant. | CASE NO. 4:13-cv-04061-SBA<br><br>**PLAINTIFFS' ADMINISTRATIVE REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE;**<br><br>**DECLARATION OF ROBERT F. MCCAULEY;**<br><br>**[PROPOSED] ORDER** |

Plaintiffs Fox Factory, Inc. and Fox Factory Holding Corp. ("Fox") respectfully request that the Court reschedule the initial Case Management Conference ("CMC") in this case, currently set for November 27, 2013, at 3:00 p.m., to January 8, 2014, at a time convenient for the Court, or as soon thereafter as is convenient for the Court.

Since the filing of the Complaint on August 30, 2013, the parties have actively engaged in settlement discussions, and are continuing to engage in settlement discussions. Representatives from the parties met in person on October 30, 2013, in North Carolina for settlement discussions. The parties' discussions have continued and remain ongoing. Deferring the CMC would provide the parties additional time to attempt to resolve their dispute. In addition, lead counsel for Fox scheduled a family vacation before the Court scheduled the November 27 CMC and will be on that family vacation on November 27, 2013, the date of the currently scheduled CMC.

The proposed rescheduling of the CMC will not affect any other deadlines in this case.

Moreover, Defendant Cane Creek Cycling Components, Inc., ("Cane Creek") was provided a courtesy copy of the Summons and Complaint at or near the date of filing, as well as the Court's scheduling order, but has not yet been formally served while the parties are pursuing settlement discussions.

For the above reasons, Fox respectfully requests that the currently scheduled CMC be postponed until at least January 8, 2014.

**SUPPORTING DECLARATION OF ROBERT F. McCAULEY**

I am an attorney licensed to practice before the courts of the State of California and in this District. I am a member of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, attorneys of record for Plaintiffs. All representations made above and in this Miscellaneous Administrative Request are true to the best of my knowledge and belief.

The parties to this litigation have been actively engaged in settlement discussions, and held an in-person meeting between their representatives in North Carolina on October 30, 2013. The parties' settlement discussions are continuing and ongoing.

1. I am lead counsel for Fox in the above captioned case. My family and I scheduled a family vacation before the Court scheduled the November 27 CMC and will be on that family vacation on November 27, 2013, the date of the currently scheduled CMC.

2. Fox sent a letter to Cane Creek enclosing a courtesy copy of the Complaint on the day the Complaint was filed. On October 10, 2013, I sent a courtesy copy of the Court's October 10, 2013 Order to Cane Creek's outside counsel via email.

3. There have been no previous time modifications in this case and the proposed time modification will not affect any other deadlines in this case.

By my signature below, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

Dated: November 7, 2013

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP


By:   /s/ *Robert F. McCauley*
      Robert F. McCauley
      Attorneys for Plaintiffs Fox Factory, Inc.
      and Fox Factory Holding Corp.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the telephonic Case Management Conference is rescheduled for January 8, 2014, at __3:30__ p.m.  Plaintiffs' counsel to set up the conference call with all parties on the line and call chambers at (510) 637-3559.

Dated: __11/8/2013__                     *Saundra B. Armstrong*
                                         Saundra B. Armstrong
                                         United States District Judge