Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel:  (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs Fox Factory, Inc.,
and Fox Factory Holding Corp.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FOX FACTORY, INC. and FOX FACTORY HOLDING, CORP., <br><br> Plaintiffs, <br><br> v. <br><br> CANE CREEK CYCLING COMPONENTS, INC., <br><br> Defendant. | CASE NO. 4:13-cv-04061-SBA <br><br> **STIPULATION TO EXTEND TIME FOR PLAINTIFFS' TO SERVE COMPLAINT** <br><br> **ORDER** |

Plaintiffs Fox Factory, Inc. and Fox Factory Holding, Corp. ("Fox") and Defendant Cane Creek Cycling Components, Inc. ("Cane Creek"), through their respective counsel of record, hereby stipulate that Fox shall have until January 23, 2014, to formally serve upon Cane Creek the Complaint filed August 30, 2013.  The parties have engaged in earnest settlement negotiations, have agreed in correspondence upon basic terms for settlement, and have exchanged at least one draft settlement agreement.  To allow those discussions to continue and possibly resolve this action, the

1 parties respectfully stipulate, with the Court's permission, that Plaintiff Fox may have until January
2 23, 2014 to formally serve the Complaint.
3  By his signature below, counsel for Fox attests that counsel for Cane Creek concurs in the
4 filing of this document.

Respectfully submitted,

Dated: December 24, 2013   FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP


By: /s/ *Robert F. McCauley*
    Robert F. McCauley
    Attorneys for Plaintiffs Fox Factory, Inc.
    and Fox Factory Holding Corp.


Dated: December 24, 2013   DORITY & MANNING


By: /s/ *Tim F. Williams*
    Tim F. Williams
    Attorneys for Defendant Cane Creek Cycling
    Components, Inc.

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that Plaintiffs Fox Factory, Inc. and Fox Factory Holding, Corp. may have to and including January 23, 2014 to formally serve the Complaint filed August 30, 2013 upon Defendant Cane Creek Cycling Components, Inc.

Dated: 12/30/2013

Saundra B. Armstrong
United States District Judge