Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs Fox Factory, Inc.,
and Fox Factory Holding Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FOX FACTORY, INC. and FOX FACTORY HOLDING, CORP., <br><br> Plaintiffs, <br><br> v. <br><br> CANE CREEK CYCLING COMPONENTS, INC., <br><br> Defendant. | CASE NO. 4:13-cv-04061-SBA <br><br> **STIPULATION TO CONTINUE CMC AND EXTEND SERVICE DATES BY TWO WEEKS** <br><br> **ORDER** |

Plaintiffs Fox Factory, Inc. and Fox Factory Holding, Corp. ("Fox") and Defendant Cane Creek Cycling Components, Inc. ("Cane Creek"), have been engaged and are continuing to engage in settlement discussions. Most recently, the parties exchanged further drafts of settlement papers last week and are continuing to discuss them in the hopes of reaching a full settlement of this action. In view of those ongoing discussions and the parties' good faith and earnest efforts, the parties stipulate, with the Court's permission, to continue by two weeks the Court's currently scheduled dates and deadlines as requested in the table below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Serve Complaint, Meet and Confer (Rule 26(f)) | January 23, 2014 | February 6, 2014 |
| ADR Forms | January 26, 2014 | February 10, 2014 |
| Joint CMC Statement, Initial Disclosures | January 29, 2014 | February 12, 2014 |
| Case Management Conference | February 5, 2013 | February 19, 2014 |

By his signature below, counsel for Fox attests that counsel for Cane Creek concurs in the filing of this document.

Respectfully submitted,

Dated: January 21, 2014            FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, LLP


                                   By:    /s/ *Robert F. McCauley*
                                       Robert F. McCauley
                                       Attorneys for Plaintiffs Fox Factory, Inc.
                                       and Fox Factory Holding Corp.


Dated: January 21, 2014            PILLSBURY WINTHROP SHAW PITTMAN LLP


                                   By:    /s/ *Colin T. Kemp*
                                       Colin T. Kemp
                                       Attorneys for Defendant Cane Creek Cycling
                                       Components, Inc.

**ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the telephonic Initial Case Management Conference is rescheduled for February 19, 2014, at **3:30** p.m.  **The parties shall <u>meet and confer</u> prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven  (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.**

The Court also adopts the schedule set forth in the table in the stipulation above.

IT IS SO ORDERED.

Dated:  1/22/2014

_Saundra B. Armstrong_
Saundra B. Armstrong
United States District Judge